No. 91. KRETSKE *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. *Per Curiam:* The petition for writ of certiorari is granted. On consideration of the record and the confession of error by the Solicitor General, the judgment of the Court of Appeals is reversed and the case is remanded to the District Court for a new trial. *Myer H. Gladstone* for petitioner. *Solicitor General Soleloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 143. ANDERSON, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD Co.; and

No. 261. SWAFFORD *v.* ATLANTIC COAST LINE RAILROAD Co. On petitions for writs of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petitions for writs of certiorari in these cases are granted and the judgments are reversed. MR. JUSTICE REED, MR. JUSTICE FRANKFURTER, MR. JUSTICE BURTON, and MR. JUSTICE HARLAN are of the opinion that certiorari should not have been granted in these cases. *Thomas J. Lewis* and *Richard M. Maxwell* for petitioner in No. 143. *Howard P. Macfarlane* for petitioner in No. 261. *William M. Howell* for respondent in No. 143. *G. L. Reeves, Norman C. Shepard* and *Frank G. Kurka* for respondent in No. 261.